993 A.2d 871

**Mohamad ELBARI**

v.

**BEECH, L.L.C., Beech Interplex, Inc. and Michael Garvin.**

**Petition of Mohamad Elbari.**

**No. 185 EM 2009.**

Supreme Court of Pennsylvania.

April 20, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

993 A.2d 871

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**William Eugene CARSON, Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence

is **VACATED.** The matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag,* 603 Pa. 46, 981 A.2d 902 (2009).

993 A.2d 871

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Howard W. CALLOWAY, Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2010.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag,* 603 Pa. 46, 981 A.2d 902 (2009).

Petitioner's Motion to Consolidate Petitions for Allowance of Appeal is **DENIED.**